1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11            Plaintiff,                          No.  CIV S-08-0875 WBS DAD P

12        vs.

13   SOLOMAN, et al.,

14            Defendants.                         ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.

19            Plaintiff's in forma pauperis application does not include a certified copy of

20   plaintiff's prison trust account statement for the six-month period immediately preceding the

21   filing of the complaint in this action or a prison official's certification.  See 28 U.S.C.

22   § 1915(a)(2).  Accordingly, plaintiff's incomplete application will be denied with leave to file a

23   properly completed application to proceed in forma pauperis.

24            In accordance with the above, IT IS HEREBY ORDERED that:

25            1.  Plaintiff's April 25, 2008 application to proceed in forma pauperis is denied

26   without prejudice;

1

1        2.  Plaintiff shall submit, within thirty days from the date of this order a properly

2  completed in forma pauperis application that includes a certified copy of plaintiff's prison trust

3  account statement for the six-month period immediately preceding the filing of the complaint in

4  this action and a prison official's certification; plaintiff is cautioned that failure to comply with

5  this order or seek an extension of time to do so will result in a recommendation that this action be

6  dismissed without prejudice; and

7        3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

8  In Forma Pauperis By a Prisoner for use in a civil rights action.

9  DATED: May 6, 2008.

10

11                           DALE A. DROZD

12                           UNITED STATES MAGISTRATE JUDGE

13  DAD:9:ja
      winf0875.3c

14

15

16

17

18

19

20

21

22

23

24

25

26

2