IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

        Plaintiff,                    No. CIV S-08-0875 WBS DAD P

    vs.

SOLOMAN, et al.,

        Defendants.           ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 23, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed a document entitled objections to the findings and recommendations, in which he states, "I would like to exhaust my remedies to the high court.".

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 23, 2008, are adopted in full;

        2. PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS FILED ON MAY 13, 2008 AND MAY 15, 2008, ARE DENIED; AND

        3. THIS ACTION IS DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST AVAILABLE ADMINISTRATIVE REMEDIES BEFORE BRINGING THE ACTION.

DATED:   June 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/winf0875.804

2